## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**RICKY ELLARD, as Administrator**
**of the Estate of SHEILA ELLARD, Deceased**                    **PLAINTIFF**

**v.**                          **Case No. 3:12-cv-00138**

**KELLIE ISAAC, HAPPY MEXICAN, LLC,**
**Formerly d/b/a THE HAPPY MEXICAN, INC.,**
**MINGLEWOOD HALL INC., and JOHN**
**DOE 1 and JOHN DOE 2**                              **DEFENDANTS**

## JUDGMENT

In accordance with the Court's Order entered in this case on this date, it is considered, ordered, and adjudged that plaintiff's claims against separate defendants Happy Mexican, LLC, and Minglewood Hall Inc. are dismissed without prejudice.

IT IS SO ADJUDGED this 25th day of January, 2013.


_____
Kristine G. Baker
United States District Judge