UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RICKY ELLARD, as Administrator
of the Estate of SHEILA ELLARD, Deceased                                     PLAINTIFF

v.                                  Case No. 3:12-cv-00138

KELLIE ISAAC, HAPPY MEXICAN, LLC,
Formerly d/b/a THE HAPPY MEXICAN, INC.,
MINGLEWOOD HALL INC., and JOHN
DOE 1 and JOHN DOE 2                                                         DEFENDANTS

## ORDER

Plaintiff Ricky Ellard, as Administrator of the Estate of Sheila Ellard, Deceased, has filed a motion to dismiss the claims against separate defendant Kellie Isaac and the remaining John Doe defendants without prejudice (Dkt. No. 26).  For good cause shown, plaintiff's motion is granted.  Plaintiff's claims against Kellie Isaac and the remaining John Doe defendants are hereby dismissed without prejudice.

SO ORDERED this 28th day of February, 2013.

Kristine G. Baker
United States District Judge