UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RICKY ELLARD, as Administrator**
**of the Estate of SHEILA ELLARD, Deceased**                                    **PLAINTIFF**

**v.**                          **Case No. 3:12-cv-00138**

**KELLIE ISAAC, HAPPY MEXICAN, LLC,**
**Formerly d/b/a THE HAPPY MEXICAN, INC.,**
**MINGLEWOOD HALL INC., and JOHN**
**DOE 1 and JOHN DOE 2**                                                        **DEFENDANTS**

## JUDGMENT

In accordance with the Court's Order entered in this case on this date, it is considered, ordered, and adjudged that plaintiff's claims against separate defendants Kellie Isaac and the remaining John Doe defendants are dismissed without prejudice.

IT IS SO ADJUDGED this 28th day of February, 2013.

_____
Kristine G. Baker
United States District Judge